1 

 Mauricio Alvarado-Vasquez, Petitione v. The People of the State of Colorado. Respondent 
No. 25SC562
Supreme Court of Colorado, En Banc
February 9, 2026
 Court of Appeals Case No. 23CA1491 
 
 Petition for Writ of Certiorari GRANTED. 
 [REFRAMED] Whether firearm toolmark analysis evidence is admissible if the trial court finds that "the scientific" principles underlying it are reasonably reliable and the expert and the evidence otherwise satisfy the admissibility criteria in People v. Shreck, 22 P.3d 68, 77-78 (Colo. 2001), and Estate of Ford v. Eicher, 250 P.3d 262, 267 (Colo. 2011). 
 DENIED AS TO ALL OTHER ISSUES.